# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 10-00237 JVS (SHx) | Date June 11, 2010 |
| Title Daniel Mendoza, et al. V. One West Bank, et al. | |

Present: The Honorable  James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Dismissal for Lack of Prosecution

      **On May 3, 2010, the Court granted defendant MTC Financial Inc.'s motion to dismiss in part with prejudice and in part without prejudice.   Plaintiff was granted 20 days to amend the complaint.    As of today, an amended complaint has not been filed.**

      **The Court hereby ORDERS plaintiff to show cause, in writing, not later than June 28, 2010,  why this action should not be dismissed for lack of prosecution.**

|  | : | 00 |
|---|---|---|
|  Initials of Preparer | kjt |  |